IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bradley, Lashunda M | Case Number: 07 B 08992 |
| | Judge: Hollis, Pamela S |
| Printed: 8/19/08 | Filed: 5/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 7, 2008
Confirmed: July 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,600.00 | |
| Secured: | | 1,752.35 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 707.25 |
| Trustee Fee: | | 140.40 |
| Other Funds: | | 0.00 |
| Totals: | 2,600.00 | 2,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,454.00 | 707.25 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 10,556.91 | 1,752.35 |
| 4. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 5. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 6. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 7. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 8. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 9. | United Student Aid Funds Inc | Unsecured | 0.00 | 0.00 |
| 10. | ACC Consumer Finance | Unsecured | 0.00 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 688.70 | 0.00 |
| 12. | Plains Commerce Bank | Unsecured | 25.94 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 43.71 | 0.00 |
| 14. | Illinois Student Assistance Commission | Unsecured | 2,903.86 | 0.00 |
| 15. | CorTrust Bank | Unsecured | 42.56 | 0.00 |
| 16. | Aspire Visa | Unsecured | 73.74 | 0.00 |
| 17. | Capital One Auto Finance | Unsecured | 0.04 | 0.00 |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | Bergners | Unsecured | | No Claim Filed |
| 20. | Bergners | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | Household Bank (SB) N A | Unsecured | | No Claim Filed |
| 23. | Bergners | Unsecured | | No Claim Filed |
| 24. | First Premier Bank | Unsecured | | No Claim Filed |
| 25. | Citibank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bradley, Lashunda M | Case Number: 07 B 08992 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/19/08 | Filed: 5/17/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Aspen/Fb&T | Unsecured | | No Claim Filed |
| 27. | Fingerhut | Unsecured | | No Claim Filed |
| 28. | Illiana Financial Credit Union | Unsecured | | No Claim Filed |
| 29. | Roseland Community Hospital | Unsecured | | No Claim Filed |
| 30. | TCF Bank | Unsecured | | No Claim Filed |
| 31. | Citibank | Unsecured | | No Claim Filed |
| 32. | Lease Finance Group | Unsecured | | No Claim Filed |
| 33. | Sprint | Unsecured | | No Claim Filed |
| 34. | TCF Bank | Unsecured | | No Claim Filed |
| 35. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 36. | TCF Bank | Unsecured | | No Claim Filed |
| 37. | Triad Financial Services | Unsecured | | No Claim Filed |
| 38. | TCF Bank | Unsecured | | No Claim Filed |
| 39. | SBC | Unsecured | | No Claim Filed |
| 40. | Premier Bankcard | Unsecured | | No Claim Filed |
| | | | $ 17,789.46 | $ 2,459.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 140.40 |
| | $ 140.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

